UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH F. BUTTERFIELD,

        Plaintiff,

                              CASE NO. 2:07-CV-11477
v.                              HONORABLE VICTORIA A. ROBERTS

RUO SANDERS, et al.,

        Defendants.
_____/

## ORDER DENYING MOTION FOR REHEARING OR RECONSIDERATION

Before the Court is Plaintiff's "Motion for Rehearing or Reconsideration" concerning this Court's summary dismissal of his civil rights complaint brought pursuant to 42 U.S.C. § 1983. The Court dismissed the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A for failure to state a claim upon which relief may be granted and on res judicata grounds. Plaintiff seeks reversal of the Court's decision and to proceed on his claims.

However, a motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Plaintiff has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3).

Additionally, the Court notes that it may not permit Plaintiff to amend his complaint to defeat summary dismissal. *See Baxter v. Rose*, 305 F.3d 486, 488-89 (6th Cir. 2002) (citing

*McGore v. Wrigglesworth*, 114 F.3d 601, 612 (6th Cir. 1997)); *see also Clayton v. United States Dep't. of Justice, et al.*, 136 Fed. Appx. 840, 842 (6th Cir. June 10, 2005).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion is **DENIED**.


S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: April 27, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on April 27, 2007.

S/Carol A. Pinegar
Deputy Clerk